IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 1:22-bk-00490-HWV |
| | ) |
| Tyisha Laraye Hatcher, | ) Chapter 13 |
| | ) |
| Debtor | ) Judge: Henry W. Van Eck |
| | ) |

## WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

COMES NOW M & T Bank by and through, McCalla Raymer Leibert Pierce, LLC, and respectfully requests this Court to allow it to withdraw the Notice of Payment Change filed on April 7, 2022.

Notice of Payment Change Filed Date: April 7, 2022
Notice of Payment Change Document Number: 16

/s/Karen A. Maxcy
Karen A. Maxcy

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-321-6965
Fax: Karen
Karen.Maxcy@mccalla.com

|  | Bankruptcy Case No.: | 1:22-bk-00490-HWV |
|---|---|---|
| In Re: | Chapter: | 13 |
| Tyisha Laraye Hatcher | Judge: | Henry W. Van Eck |

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within WITHDRAWAL OF NOTICE OF PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Tyisha Laraye Hatcher
6298 Spring Knoll Drive
Harrisburg, PA 17111

Jack N Zaharopoulos, Trustee            *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee            *(served via ECF Notification)*
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 04/08/2022      By: /s/Karen A. Maxcy
            (date)                 Karen A. Maxcy
                                   Pennsylvania BAR No.
                                   Attorney for M & T Bank