United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00490-HWV |
| Tyisha Laraye Hatcher | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: May 03, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tyisha Laraye Hatcher, 6298 Spring Knoll Drive, Harrisburg, PA 17111-6883 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tyisha Laraye Hatcher<br>　　　　Debtor | CHAPTER 13 |
| M&T Bank<br>　　　　Movant<br>vs.<br>Tyisha Laraye Hatcher<br>　　　　Debtor | NO. 22-00490 HWV |
| Jack N. Zaharopoulos<br>　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

Upon consideration of M&T Bank's *Motion for nunc pro tunc Relief from the Automatic Stay under Section 362* (the "Motion"), and following notice and a hearing, and for the reasons stated on the record which serve as this Court's Findings of Fact and Conclusions of Law pursuant to Federal Rule of Bankruptcy Procedure 7052 and which are incorporated herein by reference, it is hereby:

ORDERED that the Motion is GRANTED and the automatic stay is hereby ANNULLED; and it is further

ORDERED that the Sheriff Sale held on March 17, 2022 as to the Property located at 6298 Spring Knoll Drive, Harrisburg, PA 17111 did not violate any automatic stay; and it is further

ORDERED that the stay as provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 3, 2022